**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Emine Sahin,<br>Plaintiff(s),<br>vs.<br>Reggie Rader, et al,<br>Defendant(s). | 2:26-cv-00134-RFB-MDC<br>**REPORT AND RECOMMENDATION TO GRANT THE MOTIONS TO SEAL (ECF NOS. 4 AND 12)** |

Plaintiffs filed two *Motions to Seal* ("First Motion to Seal" and "Second Motion to Seal", respectively) (ECF Nos. 4 and 12). The Court **RECOMMENDS GRANTING** the Motions to Seal.

## I. LEGAL STANDARD

Unless a particular court record is one "traditionally kept secret," a "strong presumption in favor of access" is the starting point. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). To overcome the presumption in the context of a dispositive motion, party may request that records be filed under seal upon a showing of compelling reasons sufficient to outweigh the public's right of access. See *Kamakana v. City & Cnty. Of Honolulu*, 477 F.3d 1172, 1178 (9th Cir. 2006). Medical privacy has qualified as a "compelling reason," for sealing records. *Sanders v. Castaneda*, No. 2:22-CV-01373-APG-EJY, 2025 WL 1159552, at *1 (D. Nev. Apr. 21, 2025)(citations omitted).

A magistrate's judge's authority is governed by 28 U.S.C. § 636, which permits a "magistrate judge [to] hear and determine nondispositive matters but not dispositive ones." *Bastidas v. Chappell*, 791 F.3d 1155, 1159 (9th Cir. 2015). On dispositive matters, the magistrate judge is limited to "issuing a report and recommendation to the district court, which then must undertake de novo review." *Id*.

//

## II. ANALYSIS

The compelling reason standard applies to both the First and Second Motions to Seal because they are attached to the petition for writ of habeas corpus, which is a dispositive matter. Petitioner seeks to seal exhibits 5 and 27 in support of the petition. *See ECF Nos. 4 and 12*. She argues that sealing is appropriate because the exhibits contain sensitive and personal medical information. *Id*. The Court finds that this is a compelling reason to seal both exhibits. *See Kamakana, 447 F.3d at 1187.* The Court thus recommends that the Motion to Seal be granted.

**IT IS RECOMMENDED** that both of plaintiffs' *Motions to Seal* (ECF Nos. 4 and 12) be **GRANTED.**

Dated: September 1, 2026.

________________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge