**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

EMINE SAHIN,

Plaintiff,

v.

REGGIE RADER, *et al.*,

Defendants.

Case No. 2:26-cv-00134-RFB-MDC

**ORDER**

Before the Court for consideration is the Report and Recommendation (ECF No. 40) of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, entered on September 8, 2026. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 19, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 40) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motions to Seal (ECF No. 4, 12) are **GRANTED.**

**DATED:** September 29, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**